UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCO VENTURES, INC, f/k/a EDISON NATION INC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:20-cv-6577 |
| | : | |
| MILAM KNECHT & WARNER, LLP, et al., | : | |
| | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 10th day of September, 2021, upon consideration of Defendant Tiffany W. Tai's Motion to Dismiss, ECF No. 32, Plaintiffs' response in opposition, ECF No. 35, Tai's reply in support, ECF No. 41, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT**:

1. Tai's Motion to Dismiss, ECF No. 32, is **GRANTED**.

2. The Clerk of Court is directed to **TERMINATE** Tai, only, as a party to this action.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge