UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

VINCO VENTURES, INC, f/k/a EDISON :
NATION INC, *et al.*, :
                               :
        Plaintiffs, :
                                 :
        v. :      No. 5:20-cv-6577
                                 :
MILAM KNECHT & WARNER, LLP, *et al.*, :
                                 :
        Defendants. :

---

# O R D E R

**AND NOW**, this 28th day of September, 2021, upon consideration of the Motion to Stay or Dismiss of Defendants David Knecht, Michael D. Milam, Milam Knecht and Warner, LLP and Rex Ours, ECF No. 31, Plaintiffs' response thereto, ECF No. 36, Defendants' reply in support, ECF No. 40, and for the reasons set forth in the Court's Opinion issued this Date, **IT IS ORDERED THAT:**

1.     Defendants' Motion to Stay or Dismiss, ECF No. 31, is **GRANTED in part and DENIED in part** as follows:

        a.     Defendants' request that this Court abstain from exercising jurisdiction over this matter is **DENIED**.

        b.     Plaintiff's claims in Counts IV, V, VI, VIII, IX, and X as alleged against Defendants Michael D. Milam and David Knecht are **DISMISSED without prejudice**.

        c.     Any decision regarding this Court's exercise of pendent venue over Counts I, II and III is held in abeyance pending the expiry of the deadline for Plaintiffs to amend their Amended Complaint.

2.      Plaintiffs are granted leave to amend their Amended Complaint, as to only those claims dismissed without prejudice, **within twenty (20) days of the date of this Order**.

BY THE COURT:

_/s Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge