UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| VINCO VENTURES, INC, f/k/a EDISON NATION INC, *et al.*, | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     No. 5:20-cv-6577 |
| | : |
| MILAM KNECHT & WARNER, LLP, *et al.*, | : |
| | : |
| Defendants. | : |

---

# **O R D E R**

**AND NOW**, this 31st day of January, 2022, upon consideration of this Court's Order and Opinion dated September 27, 2021, ECF Nos. 44 and 45, which dismissed certain claims by Plaintiffs against Defendant Gerald Whitt without prejudice and provided a deadline for filing a second amended complaint; the Joint Stipulation approved by this Court, ECF No. 48, in which Plaintiffs indicated their intent to not amend and to have Whitt answer the surviving claims from the Amended Complaint; Plaintiffs' pending motion for voluntary dismissal of their claims, ECF No. 58; Defendant's Response thereto, ECF No. 60; Plaintiffs' reply in support of their motion, ECF No. 61;[1] and for the reasons set forth in the Court's Opinion issued September 27, 2021 as well as the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

      1.     Plaintiffs' claims in Counts IV, VI, VII, and IX are **DISMISSED with prejudice**.

---

[1]     In the briefing filed by both parties on the motion, the parties exhibit confusion as to the status of certain claims.  In particular, the parties disagree over whether the voluntary dismissal of certain claims is to be one with prejudice or one without prejudice.  This Court writes to clarify the matter.

2.        **On or before Tuesday, February 1, 2022**, Plaintiffs shall **ADVISE** this Court, via email to Chambers, whether they intend to pursue their motion to voluntarily dismiss Counts VIII, X, and V, or whether they intend to withdraw the same.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge