UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCO VENTURES, INC, f/k/a EDISON NATION INC, *et al.*, | : |
| Plaintiffs, | : |
| v. | : No. 5:20-cv-6577 |
| MILAM KNECHT & WARNER, LLP, *et al.*, | : |
| Defendants. | : |

# **O R D E R**

**AND NOW**, this 2nd day of February, 2022, upon consideration of Plaintiffs' motion for voluntary dismissal of their claims, ECF No. 58; Defendant's Response thereto, ECF No. 60, which indicates that Defendant does not object to dismissal without prejudice of Counts VIII, X and V; Plaintiffs' reply in support of their motion, ECF No. 61; and of this Court's Order and Opinion dated January 31, 2021, which clarified that Counts IV, VI, VII, and IX are dismissed with prejudice, ECF Nos. 62 and 63, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion, ECF No. 58, is **GRANTED**.
2. Plaintiffs' claims in Counts VIII, X, and V are **DISMISSED without prejudice**.
3. There being no remaining claims before this Court, this matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge